IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01755-BNB

STEVEN A. MANTHEY,

Applicant,

v.

ADAMS COUNTY SHERIFF DOUG DARR, and
THE HONORABLE JOHN SUTHERS, ATTORNEY GENERAL FOR THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 2 2010

GREGORY C. LANGHAM
CLERK

---

ORDER

---

This matter is before the Court *sua sponte*. It has come to the Court's attention that Applicant's attorney, Themia E. Sandven, is not an attorney in good standing in this Court, as required by the Local Rules of Practice of the United States District Court for the District of Colorado. *See* D.C.Colo.L.Civ. R. 83.3E and D.C.Colo.L. Cr. R. 57.5E. Therefore, Ms. Sandven may not represent Applicant, Steven A. Manthey, in this matter, and she will be ordered to withdraw immediately. Ms. Sandven's failure to comply with this order may result in the imposition of sanctions against her. Accordingly, it is

ORDERED that Attorney Themia E. Sandven file a motion to withdraw from this case **within ten (10) days** of the date of this Order. It is

FURTHER ORDERED that Ms. Sandven's failure to comply with this Order may result in the imposition of sanctions.

DATED November 2, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01755-BNB

Thelma E. Sandven
Attorney at Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/2/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk