FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 8 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01755-BNB

STEVEN A. MANTHEY,

    Petitioner,

v.

ADAMS COUNTY SHERIFF DOUG DARR, and
THE HONORABLE JOHN SUTHERS, ATTORNEY GENERAL FOR THE STATE OF COLORADO,

    Respondents.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 18, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01755-BNB

Steven A Manthey
5305 W 78th Place #205
Arvada, CO 80003

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on March 18, 2011.

                               GREGORY C. LANGHAM, CLERK

                               By: _____
                                             Deputy Clerk