IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-01755-WYD

STEVEN A. MANTHEY,

    Petitioner,

v.

ADAMS COUNTY SHERIFF DOUG DARR, and
THE HONORABLE JOHN SUTHERS, ATTORNEY GENERAL FOR THE STATE OF COLORADO,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Amended Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Case No. 06CR254 in the Adams County District Court, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1) Clerk of the Court
    Adams County District Court
    1100 Judicial Center Drive
    Brighton, Colorado 80601;

(2) Assistant Solicitor General
    Appellate Division
    Office of the Attorney General
    1525 Sherman Street
    Denver, Colorado 80203; and

(3) Court Services Manager
    State Court Administrator's Office
    101 W. Colfax, Ste. 500
    Denver, Colorado 80202.

Dated: March 30, 2011

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge